UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELVIS RIOS                                    JURY TRIAL DEMANDED

v.                                                CASE NO.  3:10 cv  811 (RNC) (DFM)

JACOB COLLECTION GROUP, LLC

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action, with prejudice and without costs or fees based on the parties' settlement agreement.

                                           THE PLAINTIFF

                                           BY_____/s/ Joanne S. Faulkner__
                                           JOANNE S. FAULKNER ct04137
                                           123 Avon Street
                                           New Haven, CT 06511-2422
                                           (203) 772-0395

Certificate of Service

I hereby certify that on June 16, 2010, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                           ____/s/ Joanne S. Faulkner___
                                           JOANNE S. FAULKNER ct04137
                                           123 Avon Street
                                           New Haven, CT 06511-2422
                                           (203) 772 0395
                                           j.faulkner@snet.net